IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFF SWANSON,

    Plaintiff,

v.                                         No. 2:20-cv-00496-KG-GJF

COUY GRIFFIN,
Otero County Commissioner in his individual
capacity acting under the color of law, and
SYLVIA TILLBROOK, Otero County
Records Custodian,

    Defendants.

## NOTICE OF EXTENSION OF BRIEFING

Notice is hereby given to this Court that Plaintiff, through his counsel, Western Agriculture, Resource and Business Advocates, LLP (A. Blair Dunn), and County Defendants, though their counsel, The New Mexico Association Counties (Brandon Huss, Mark Drebing, and David Roman), have agreed to extend the deadline for Defendants' reply in support of their Motion to Dismiss and for Qualified Immunity [Doc. 6] to July 3, 2020.

Respectfully submitted,

THE NEW MEXICO ASSOCIATION OF COUNTIES

By:    */s/ MARK DREBING*
      BRANDON HUSS
      MARK DREBING
      DAVID ROMAN
      111 Lomas Blvd., N.W., Ste. 424
      Albuquerque, NM 87102
      (505) 820-8116
      bhuss@nmcounties.org
      mdrebing@nmcounties.org
      droman@nmcounties.org
      *Attorneys for County Defendants*

I HEREBY CERTIFY that on the 22nd day of June, 2020, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Mark Drebing*
Mark Drebing