IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFF SWANSON,

    Plaintiff,

v.                                                         No. 1:20-cv-00496-KG-GJF

COUY GRIFFIN,
Otero County Commissioner in his individual
capacity acting under the color of law, and
SYLVIA TILLBROOK, Otero County
Records Custodian,

    Defendants.

## UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL AND NOTIFICATION OF SUBSTITUTION OF COUNSEL

COME NOW Defendants and moves this Court to allow The New Mexico Association of Counties (Mark Drebing, Brandon Huss, and David Roman) to withdraw as counsel for Defendants in this matter and to substitute Mynatt Martinez Springer, PC (Blaine Mynatt) as counsel for Defendant Sylvia Tillbrook and Hinkle Shanor LLP (Stephen S. Shanor and Chelsea R. Green) as counsel for Defendant Couy Griffin. As grounds for this Motion, Defendants state that they consent to the withdrawal of The New Mexico Association of Counties (Mark Drebing, Brandon Huss, and David Roman) as their counsel and desire to substitute Mynatt Martinez Springer, PC (Blaine Mynatt) as counsel for Defendant Sylvia Tillbrook and Hinkle Shanor LLP (Stephen S. Shanor) as counsel for Defendant Couy Griffin. Further, Defendants state that the withdrawal and substitution is not opposed by any parties to this matter.

WHEREFORE, the Defendants request that this Court allow The New Mexico Association of Counties (Mark Drebing, Brandon Huss, and David Roman) to withdraw as counsel for Defendants in this matter and substitute Mynatt Martinez Springer, PC (Blaine

Mynatt) as counsel for Defendant Sylvia Tillbrook and Hinkle Shanor LLP (Stephen S. Shanor) as counsel for Defendant Couy Griffin, and for such other and further relief as the Court deems just and proper.

Respectfully submitted:

MYNATT MARTINEZ SPRINGER, PC

/s/ Electronically Approved
Blaine Mynatt
PO Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
btm@mmslawpc.com
*Substituting attorneys for Defendant Tillbrook*

HINKLE SHANOR LLP

/s/ Stephen S. Shanor
Stephen S. Shanor
Chelsea R. Green
PO Box 10
Roswell, NM 88202-0010
(575) 623-9332
ssshanor@hinklelawfirm.com
cgreen@hinklelawfirm.com
*Substituting attorneys for Defendant Griffin*

NEW MEXICO ASSOCIATION OF COUNTIES

/s/ Brandon Huss
BRANDON HUSS
MARK DREBING
DAVID ROMAN
111 Lomas Blvd. Ste. 424
Albuquerque, New Mexico 87102
(505) 820-8116
bhuss@nmcounties.org
mdrebing@nmcounties.org
droman@nmcounties.org
*Withdrawing attorney for Defendant*

Approved by:

WESTERN AGRICULTURE, RESOURCE,
AND BUSINESS ADVOCATES, LLP

<u>Electronically Approved</u>
A. Blair Dunn
400 Gold Ave., S.W., Ste. 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on April 9, 2021, I filed the foregoing pleading electronically through the Tyler Technologies, Odyssey® File & Serve, E-File System, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ Stephen S. Shanor</u>
Stephen S. Shanor