IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFF SWANSON,

    Plaintiff

v().        Cause No. 2:20-CV-00496 KG/GJF

COUY GRIFFIN, Otero County Commissioner
in his individual capacity arising under the color of
law, and SYLVIA TILBROOK, Otero County
Records Custodian,

    Defendants.

# NOTICE OF APPEAL

**NOTICE** is hereby given that Defendant Couy Griffin, by and through his counsel of record, Hinkle Shanor LLP (Stephen S. Shanor and Chelsea R. Green) hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order [Doc. 14] denying Defendant Couy Griffin's Motion to Dismiss and for Qualified Immunity entered in this action on March 11, 2021.

    Respectfully Submitted

    **HINKLE SHANOR LLP**

    */s/ Stephen S. Shanor*
    Stephen S. Shanor
    Chelsea R. Green
    P.O. Box 10
    Roswell, NM 88202-0010
    575-622-6510 / 575-623-9332 Fax
    ssshanor@hinklelawfirm.com
    cgreen@hinklelawfirm.com
    *Attorneys for Defendant Couy Griffin*

## CERTIFICATE OF SERVICE

      I hereby certify that on this April 9, 2021, I caused the foregoing NOTICE along with this Certificate of Service, to be served and filed electronically through the CM/ECF File & Serve electronic filing system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

      **HINKLE SHANOR LLP**
*/s/ Stephen S. Shanor*
Stephen S. Shanor