IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JEFF SWANSON,**

    **Plaintiff**

v.                                                          Cause No. 2:20-CV-00496 KG/GJF

**COUY GRIFFIN, Otero County Commissioner
in his individual capacity arising under the color of
law, and SYLVIA TILBROOK, Otero County
Records Custodian,**

    **Defendants.**

## NOTICE TO THE COURT OF EXTENSION OF TIME

    **COME NOW** Defendant Couy Griffin, by and through counsel of record, Hinkle Shanor LLP (Stephen S. Shanor and Chelsea R. Green), and hereby notifies the Court that the parties have agreed to an extension of time for Defendant Griffin to file his answer or other responsive pleading to Plaintiff's Complaint [Doc. 1.2]. The parties have agreed to an extension of time up and through April 23, 2021.

                                                          Respectfully Submitted

                                                          **HINKLE SHANOR LLP**

                                                          */s/ Stephen S. Shanor*
                                                          Stephen S. Shanor
                                                          Chelsea R. Green
                                                          P.O. Box 10
                                                          Roswell, NM 88202-0010
                                                          575-622-6510 / 575-623-9332 Fax
                                                          ssshanor@hinklelawfirm.com
                                                          cgreen@hinklelawfirm.com
                                                          *Attorneys for Defendant Couy Griffin*

## CERTIFICATE OF SERVICE

I hereby certify that on this April 15, 2021, I caused the foregoing NOTICE along with this Certificate of Service, to be served and filed electronically through the CM/ECF File & Serve electronic filing system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**HINKLE SHANOR LLP**
*/s/ Stephen S. Shanor*